THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH ANNE WARFORD,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | CASE NO. C16-5064 JCC<br><br>ORDER OF DISMISSAL |

The Court, having reviewed Defendant's motion to dismiss (Dkt. No. 7), the Report and Recommendation of the Honorable James P. Donohue (Dkt. No. 8), and the balance of the record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) Defendant's motion to dismiss is GRANTED and this action is DISMISSED.

(3) The Clerk is DIRECTED to send copies of this Order to the parties and to the Honorable James P. Donohue.

//

//

//

//

//

ORDER OF DISMISSAL
PAGE - 1

1 | DATED this 5th day of August 2016.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2